


FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 23231    $ 000.74⁰
02 7W
0008042065 MAR 04 2026

**SECRETARY OF THE COMMONWEALTH**
POST OFFICE BOX 2452
RICHMOND, VIRGINIA 23218-2452



RECEIVED
MAILROOM

MAR 11 2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

US District Court (Alexandria Division)
Albert V. Bryan U.S. Courthouse 401 Courthouse Square
Alexandria, VA 22314

U.S. MARSHAL
INSPECTED

2231435798  C049