**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

|  |  |  |
|---|---|---|
| **BLAIR DRAZIC** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 1:25-cv-02406 |
| v. | ) | |
| | ) | |
| **JAMES RENNE** | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**CONSENT MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**

Plaintiff Blair Drazic and Defendant James Renne respectfully move this Court pursuant to Local Civil Rule 7 to extend the time for Defendant to respond to the Complaint to April 24, 2026.

1.     Plaintiff filed his Complaint on December 19, 2025.

2.     Plaintiff served Defendant through the Virginia Secretary of the Commonwealth.

3.     Defendant's response to the Complaint is currently due April 1, 2026.

4.     After discussion between the parties, the parties are in agreement to extend the time for Defendant to file a response to the Complaint to April 24, 2026.

5.     The parties respectfully request that this Court grant Defendant until April 24, 2026 to respond to the Complaint.  A proposed order is attached as Exhibit A.

Dated:  March 31, 2026

Respectfully submitted,


_/s/ Jason M. Krumbien_
Jason M. Krumbein (VA Bar No. 43538)
Krumbein Consumer Legal Services, Inc.
10307 W. Broad Street
Suite 293
Glen Allen, VA 23060
Phone:804-592-0792
Fax: 804-823-2565
Email: jkrumbein@krumbeinlaw.com

Counsel for Plaintiff Blair Drazic


_/s/ John A. Bonello_
John A. Bonello
RESTON LAW GROUP, LLP
2100 Reston Parkway
Suite 450
Reston, Virginia 20191
Phone:703-483-2810
Fax: 703-264-2226
Email: jbonello@restonlaw.com

Counsel for Defendant James Renne