**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

|  |  |
|---|---|
| **BLAIR DRAZIC**<br><br>*Plaintiff*,<br><br>v.<br><br>**JAMES RENNE**<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)   Case No. 1:25-cv-02406<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>PROPOSED ORDER</u>

Upon consideration of the Consent Motion to Extend Time to File Response to Complaint,

the Motion is hereby granted and Defendant shall have until April 24, 2026 to respond to the

Complaint.

Dated: _____

_____
U.S. District Court Judge