## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| BLAIR DRAZIC | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| | ) Case No. 1:25-cv-02406-PTG-LRV |
| v. | ) |
| | ) |
| JAMES RENNE | ) |
| | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

## ORDER

Upon consideration of the parties' Consent Motion to Extend Time to File Response to Complaint (Dkt. No. 5) (the "Motion"), it is hereby

ORDERED that the Motion is GRANTED. It is further

ORDERED that Defendant shall have until April 24, 2026 to respond to the Complaint.


ENTERED this 1st day of April, 2026.

Alexandria, Virginia.


_____/s/_____
Lindsey Robinson Vaala
United States Magistrate Judge