AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| Blair Drazic | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-02406-PTG-LRV |
| James Renne | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant James Renne

Date:    04/24/2026

_____
*Attorney's signature*

John Isaac Post (VSB No. 82529)
*Printed name and bar number*

Isaac Post Law PLLC
1800 Diagonal Rd., Ste 604
Alexandria, VA 22314

*Address*

ipost@isaacpostlaw.com
*E-mail address*

(571) 249-1135
*Telephone number*

(571) 249-1193
*FAX number*