**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| BLAIR DRAZIC,         \| | |
|             \| | |
|    Plaintiff,       \| | |
|             \| | |
| v.            \| | Civil Action No. 1:25-cv-02406-PTG-LRV |
|             \| | |
| JAMES RENNE,       \| | |
|             \| | |
|    Defendant.      \| | |
| _____\| | |

### DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL
### AND FOR LEAVE OF PRIOR COUNSEL TO WITHDRAW

Defendant James Renne, by counsel and pursuant to E.D. Va. Loc. Civ. R. 83.1(H), moves this Court for entry of the attached Consent Order substituting counsel and permitting prior counsel to withdraw.  Mr. Renne states the following in support:

1.      Defendant has retained undersigned substitute counsel, Mr. Isaac Post, who has entered his appearance.

2.      Defendant's current counsel, Mr. John Bonello, has received notice of this Motion and consents to withdrawal.

3.      Defendant, likewise, has received notice of this Motion, consents to the substitution and has executed the proposed Consent Order submitted herewith.

4.      This substitution is requested because Defendant has retained new counsel to represent him in this matter.

5.      The substitution will not delay proceedings or prejudice any party.

**WHEREFORE**, Defendant respectfully requests that the Court enter the attached Consent Order:

1

(1) permitting Mr. John Bonello to withdraw as counsel of record for Defendant;

(2) substituting Mr. Isaac Post as counsel of record for Defendant; and

(3) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

JAMES L. RENNE
*By Counsel*

      /s/ John Isaac Post
John Isaac Post (VSB No. 82529)
ISAAC POST LAW PLLC
1800 Diagonal Rd., Ste 604
Alexandria, VA 22314
T (571) 249-1135
F (571) 249-1193
ipost@isaacpostlaw.com