AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Eastern | **District of** | Virginia |
|---|---|---|

Blair Drazic

Plaintiff(s),

V.

James Renne

Defendant(s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:25-cv-02406-PTG-LRV

Notice is hereby given that, subject to approval by the court, <u>James Renne</u> substitutes
(Party (s) Name)

<u>Isaac Post</u> , State Bar No. <u>82529</u> as counsel of record in
(Name of New Attorney)

place of <u>John Bordello</u> .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Isaac Post Law PLLC

Address: 1800 Diagonal Rd.,Ste 604, Alexandria, Virginia 22314

Telephone: (571) 249-1135          Facsimile (571) 249-1193

E-Mail (Optional): ipost@isaacpostlaw.com

I consent to the above substitution.

Date: 4/22/2026

_____
4/22/26
(Signature of Party (s))

I consent to being substituted.

Date: 4/22/2026

*John Bonello*
_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 4/24/2026

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          _____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**