**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| BLAIR DRAZIC, | &#124; |
| | &#124; |
| Plaintiff, | &#124; |
| | &#124; |
| v. | &#124;    Civil Action No. 1:25-cv-02406-PTG-LRV |
| | &#124; |
| JAMES RENNE, | &#124; |
| | &#124; |
| Defendant. | &#124; |
| _____ | &#124; |

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the alternative, to Transfer Venue pursuant to 28 U.S.C. § 1404(a), ("the Motion").  Upon consideration of the Motion, the briefs of the parties, and the arguments of counsel, it is hereby

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**, and the Complaint is dismissed with prejudice.

In the alternative, if dismissal is not granted, it is further

**ORDERED** that Defendant's Motion to Transfer Venue is **GRANTED**, and this action is transferred to the United States District Court for the District of Kansas.

It is SO ORDERED.

Date: _____          _____
United States District Judge