**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

BLAIR DRAZIC,          |

    Plaintiff,         |

v.                    |      Civil Action No. 1:25-cv-02406-PTG-LRV

JAMES RENNE,        |

    Defendant.       |

_____ |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant's Motion to Dismiss or in the Alternative, to Transfer Venue, will be heard before this Court on **Thursday May 21, 2026 at 10:00 AM.**

Defendant estimates that oral argument will require approximately 15 minutes per side.

Respectfully submitted,

JAMES L. RENNE
*By Counsel*

      /s/ John Isaac Post
John Isaac Post (VSB No. 82529)
ISAAC POST LAW PLLC
1800 Diagonal Rd., Ste 604
Alexandria, VA 22314
T (571) 249-1135
F (571) 249-1193
ipost@isaacpostlaw.com