**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| BLAIR DRAZIC, | &#124; |
| | &#124; |
| Plaintiff, | &#124; |
| | &#124; |
| v. | &#124;    Civil Action No. 1:25-cv-02406-PTG-LRV |
| | &#124; |
| JAMES RENNE, | &#124; |
| | &#124; |
| Defendant. | &#124; |
| _____ | &#124; |

**<u>NOTICE OF WAIVER OF ORAL ARGUMENT</u>**

PLEASE TAKE NOTICE that, pursuant to this Court's Notice of Correction regarding Defendant's previously filed Motion for Substitution of Counsel and for Leave of Prior Counsel to Withdraw (ECF No. 8), Defendant hereby **waives oral argument on the motion**.

Respectfully submitted,

JAMES L. RENNE
*By Counsel*

      /s/ John Isaac Post
John Isaac Post (VSB No. 82529)
ISAAC POST LAW PLLC
1800 Diagonal Rd., Ste 604
Alexandria, VA 22314
T (571) 249-1135
F (571) 249-1193
ipost@isaacpostlaw.com