**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **BLAIR DRAZIC,** | ) | |
| **PLAINTIFF,** | ) | **CASE #:1:25-cv-2406-PTG-LRV** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JAMES RENNE,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

**NON-OPPOSITION TO SUBSTITUTION OF COUNSEL**

**COMES NOW** the Plaintiff, by counsel, and DOES NOT TAKE A POSITION on the

substitution of counsel filed.

Counsel waives oral argument.

**BLAIR DRAZIC**

/s/ Jason M. Krumbein, Esq.
by: Jason M. Krumbein, Esq. VSBN 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792 phone
804.823.2565 fax

Page 1 of 2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27 April 2026 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**John Bonello, Esq.**
**John Isaac Post, Esq.**
**Counsel for James Renne.**

And to the following non-filing users:

NONE

_____/s/_____
Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
(804) 592-0792 - Telephone
(804) 823-2565 – Facsimile