AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Eastern | District of | Virginia |
|---------|-------------|----------|

| Blair Drazic | | |
|---|---|---|
| Plaintiff (s). | **CONSENT ORDER GRANTING** |
| V. | **SUBSTITUTION OF ATTORNEY** |
| James Renne | |
| Defendant (s). | CASE NUMBER:  1:25-cv-02406-PTG-LRV |

Notice is hereby given that, subject to approval by the court,    James Renne                              substitutes

(Party (s) Name)

John  Isaac Post                                              , State Bar No.   82529              as counsel of record in

(Name of New Attorney)

place of     John Bordello

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Isaac Post Law PLLC

Address:     1800 Diagonal Rd.,Ste 604, Alexandria, Virginia 22314

Telephone:     (571) 249-1135                   Facsimile   (571) 249-1193

E-Mail (Optional):   ipost@isaacpostlaw.com

I consent to the above substitution.

Date:                 4/22/2026

(Signature of Party (s))

I consent to being substituted.

Date:                 4/22/2026

_John Bonello_

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:                 4/24/2026

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     4/28/2026

/s/ _LRV_

Lindsey Robinson Vaala
United States Magistrate Judge

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]