**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):    Jason M. Krumbein

Electronic Device(s):    Cell Phone

Laptop computer

Purpose and Location Of Use:    Hearing on Motion to dismiss, notes and scheduling

Case No.:    1:25-cv-2406-PTG-LRV

Date(s) Authorized:    5/21/2026

IT Clearance Waived:    _____(Yes)    _____(No)

APPROVED BY:

Date:_____    _____
    United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____    _____
    IT Staff Member    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**