## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):  Jason M. Krumbein

Electronic Device(s):  ~~Cell Phone~~  *SEE COURT POLICY*

Laptop computer

Purpose and Location Of Use:  Hearing on Motion to dismiss, notes and scheduling

Case No.:  1:25-cv-2406-PTG-LRV

Date(s) Authorized:  5/21/2026

IT Clearance Waived:  _____(Yes)  _____(No)

APPROVED BY:  *Denied*

Date: 5/19/2026  _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:  _____    _____
IT Staff Member                Date(s)

**IT clearance must be completed, unless waived, before court appearance.**