## UNITED STATES DISTRICT COURT
## CIVIL MOTION HEARING MINUTES

Date: **05/21/2026**                                                 Judge: **Patricia Tolliver Giles**
Time: <u>10:22 a.m. – 10:35 a.m.</u>                                 Reporter: **S. Wallace**
(00:13)

Civil Action Number: **1:25-cv-02406-PTG-LRV**

**Blair Drazic,**

**Plaintiff,**

**V.**

**James Renne, et al.,**

**Defendants.**

Appearances of Counsel for Plaintiff and Counsel for Defendant.

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Jason Krumbein** | **John Post** |
| **Lisa Soronen** | |

MOTION TO/FOR:
[9] MOTION to Dismiss for Failure to State a Claim by James Renne.

**MATTER ARGUED AND GRANTED – ORDER TO FOLLOW/ENTER.**

The Court gives Plaintiff leave to amend the Complaint within 30 days, by: June 22, 2026.