## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

BLAIR DRAZIC,                                )
                                             )
            *Plaintiff,*                      )
                                             )
    v.                                       )        1:25-cv-2406 (PTG/LRV)
                                             )
JAMES RENNE,                                 )
                                             )
            *Defendant.*                      )
                                             )

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss. Dkt. 9. On May 21, 2026, the Court conducted a hearing on the matter. For the reasons stated from the bench, it is hereby

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED** without prejudice; it is further

**ORDERED** that Plaintiff is granted leave to amend his complaint within thirty (30) days of the date of this Order.

Entered this 21st day of May, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge