**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| BLAIR DRAZIC, | &#124; |
| Plaintiff, | &#124; |
| v. | &#124;    Civil Action No. 1:25-cv-02406-PTG-LRV |
| JAMES RENNE, | &#124; |
| Defendant. | &#124; |

## ORDER

This matter came before the Court on Defendant's Motion to Dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, to Transfer Venue pursuant to 28 U.S.C. § 1404(a) (the "Motion"). Upon consideration of the Motion, the memoranda submitted by the parties, and the arguments of counsel, it is hereby

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**, and it is further

**ORDERED** that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

Entered this _____ day of _____, 2026.

Alexandria, Virginia