**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

BLAIR DRAZIC,  |

      Plaintiff,  |

v.  |  Civil Action No. 1:25-cv-02406-PTG-LRV

JAMES RENNE,  |

      Defendant.  |

_____|

## <u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that Defendant's Motion to Dismiss Plaintiff's Amended Complaint, or in the Alternative, to Transfer Venue, will be heard before this Court on **Thursday July 30, 2026 at 10:00 AM.**

Defendant estimates that oral argument will require approximately 15 minutes per side.

      Respectfully submitted,

      JAMES L. RENNE
      *By Counsel*

        /s/ John Isaac Post
      John Isaac Post (VSB No. 82529)
      ISAAC POST LAW PLLC
      1800 Diagonal Rd., Ste 604
      Alexandria, VA 22314
      T (571) 249-1135
      F (571) 249-1193
      ipost@isaacpostlaw.com