# UNITED STATES DISTRICT COURT
# CIVIL MOTION HEARING MINUTES

Date: **07/30/2026**                                    Judge: **Patricia Tolliver Giles**
Time: 10:15 a.m. – 10:30 a.m.                      Reporter: **S. Wallace**
(00:15)

Civil Action Number: **1:25-cv-02406-PTG-LRV**

**Blair Drazic,**

**Plaintiff,**

**V.**

**James Renne,**

**Defendant.**

Appearances of Counsel for Plaintiff and Counsel for Defendant.

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Jason Krumbein** | **John Post** |
| **Lisa Soronen, Assistant** | |

MOTION TO/FOR:
[22] MOTION to Dismiss for Failure to State a Claim by James Renne.

**PLAINTIFF CONCEDES COUNT 3**
**MATTER ARGUED AND GRANTED without Prejudice – ORDER TO**
**ENTER/FOLLOW.**

**Plaintiff given Leave to Amend the Complaint as to Counts 1 & 2 within 21 days.**