## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

BLAIR DRAZIC, )
)
     *Plaintiff,* )
)
v. )    Case No. 1:25-cv-2406 (PTG/WEF)
)
JAMES RENNE, )
)
    *Defendant.* )
)

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss. Dkt. 22. On July 30, 2026, the Court conducted a hearing on the matter. For the reasons stated from the bench, it is hereby

**ORDERED** that Defendant's Motion to Dismiss (Dkt. 22) is **GRANTED** with prejudice with respect to Count 3; it is

**ORDERED** that Defendant's Motion to Dismiss (Dkt. 22) is **GRANTED** without prejudice with respect to Count 1 and Count 2; and it is further

**ORDERED** that Plaintiff is granted leave to amend Count 1 and Count 2 within twenty-one (21) days of this order. The Court encourages the parties to resolve this dispute among themselves.

Entered this 31st day of July, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge