**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| BLAIR DRAZIC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RENNE,<br><br>Defendant. | Civil Action No. 1:25-cv-02406-PTG-LRV |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT, OR IN THE ALTERNATIVE, TO TRANSFER VENUE**

Defendant James Renne, by counsel and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves this Court to dismiss Plaintiff's Second Amended Complaint (ECF No. 29), with prejudice, for failure to state a claim upon which relief can be granted. In the alternative, if the Court declines to dismiss the action, and pursuant to 28 U.S.C. § 1404(a), Defendant respectfully moves this Court to transfer this action to the United States District Court for the District of Kansas.

Pursuant to E.D. Va. Loc. Civ. R. 7(F)(1), the grounds supporting this motion are set forth more fully in Defendant's accompanying Brief in Support.

WHEREFORE, Defendant respectfully requests that the Court dismiss the Second Amended Complaint in its entirety, with prejudice, for failure to state a claim under Rule 12(b)(6), or, in the alternative, transfer this action to the United States District Court for the District of Kansas, and award such further relief as the Court deems just and proper.

Respectfully submitted,

JAMES L. RENNE
*By Counsel*

/s/ John Isaac Post

John Isaac Post (VSB No. 82529)
ISAAC POST LAW PLLC
1800 Diagonal Rd., Ste 604
Alexandria, VA 22314
T (571) 249-1135
F (571) 249-1193
ipost@isaacpostlaw.com