**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| BLAIR DRAZIC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RENNE,<br><br>Defendant. | Civil Action No. 1:25-cv-02406-PTG-LRV |

# ORDER

This matter came before the Court on Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, to Transfer Venue pursuant to 28 U.S.C. § 1404(a) (the "Motion"). Upon consideration of the Motion, the memoranda submitted by the parties, and the arguments of counsel, it is hereby

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

Entered this ____ day of ______________, 2026.

Alexandria, Virginia