# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| BLAIR DRAZIC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RENNE,<br><br>Defendant. | Civil Action No. 1:25-cv-02406-PTG-LRV |

**DECLARATION OF JAMES RENNE IN SUPPORT OF**
**DEFENDANT'S MOTION, IN THE ALTERNATIVE, TO TRANSFER VENUE**

I, James Renne, declare as follows: I am over the age of 18 and competent to testify to the matters stated herein. The following facts are based on my personal knowledge.

1. I am a Kansas-licensed attorney who is also admitted to practice in the United States District Court for the District of Kansas. My law practice, James L. Renne, Esquire, P.A., is organized under the laws of Kansas. As part of that practice, I maintain a lawyer's trust account in the State of Kansas.

2. From 2021-2023, I represented clients who brought civil cases against a large wind farm project in Nemaha County, Kansas known as the Soldier Creek Wind, LLC Project. I was also one of the plaintiffs. The cases were filed in the United States District Court for the District of Kansas. Their cases captions are: *Bloom et al., v. NextEra Energy, Inc., et al.* (Case No. 5:21-cv-04058); *Stallbaumer v. NextEra Energy Resources, LLC, et al.* (Case No. 5:22-cv-04031); and *Renne v. NextEra Energy, Inc., et al.* (Case No. 5:21-cv-04032).

3. All of the six (6) plaintiffs owned property in Nemaha County, Kansas with houses on those properties that were in very close proximity to one or more of the wind towers in the

# EXHIBIT A

Soldier Creek Wind, LLC Project. Five of the six plaintiffs live full-time on rural property, farms/ranches in Nemaha County, Kansas.

4. I, too, as one of the plaintiffs, own a farm in Nemaha County, Kansas. While I do not live on that property full-time, I do spend a considerable amount of time each year on it and conduct farm operations and upkeep at that location.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 174, that the foregoing is true and correct.

Dated: September 3, 2026

*s/James Renne*__________________
James Renne