**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| BLAIR DRAZIC, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-2406 (PTG/LRV) |
| | ) | |
| JAMES RENNE, | ) | |
| | ) | |
| *Defendant.* | ) | |

**ORDER**

This matter is before the Court on Defendant's Motion to Dismiss ("Motion"). Dkt. 30. Defendant noticed a hearing on the Motion for October 15, 2026. Dkt. 32. The Court has determined that oral argument will not aid its decisional process, and it will instead resolve the Motion on the papers. *See* Fed. R. Civ. P. 78(b); E.D. Va. Loc. Civ. R. 7(J). Accordingly, it is hereby

**ORDERED** that the hearing set for October 15, 2026, is **TERMINATED**, and the Court will resolve the Motion on the papers.

Entered this 9th day of October, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge